```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :    1:17-cr-00251-PGG-4
        -against-                       :
                                        :    ORDER
Natalie Jusino                          :
                                        :
            Defendant                   :
                                        :
----------------------------------------X
```

Paul G. Gardephe, United States District Judge:

ORDERED that the defendant's bail be modified to include Pretrial Services supervision as directed.

Dated: New York, New York
       November 20, 2019

SO ORDERED

_____
Paul G. Gardephe
United States District Judge