**Donald D. duBoulay**                     305 Broadway, Suite 602
Attorney at Law                         New York, NY 10007

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

January 29, 2020,

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Perez (Natalie Jusino)
     17 Cr. 251 (PGG)

Dear Judge Gardephe:

     I represent Natalie Jusino in the above referenced matter. With the consent of the Government and Pretrial services officer, I write to respectfully request that Ms. Jusino's bail conditions be modified to permit travel to the Northern District of New York.

                                             Respectfully submitted,

                                             /s/
                                             Donald duBoulay, Esq
                                             Attorney for Natalie Jusino

cc: Jilan Kamal, AUSA
     Erin Cunningham PTO

MEMO ENDORSED

The Application is granted.
SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Jan. 31, 2020