UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>NATALIE JUSINO,<br><br>Defendant. | **ORDER**<br><br>17 Cr. 251 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Natalie Jusino will take place on **Friday, June 11, 2021 at 2:00 p.m.** Any submissions on behalf of the Defendant are due **May 14, 2021**, and any submission by the Government is due on **May 21, 2021**.

The Probation Department is directed to prepare a presentence investigation report for the Defendant.

Dated: New York, New York
January 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge