| | |
|---|---|
| **Donald D. duBoulay** | **305 Broadway, Suite 602** |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:     dondubesq@aol.com

May 17, 2021

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: United States v. Natalie Jusino
          17 Cr. 251 (PGG)

Dear Judge Gardephe:

      I represent Ms. Jusino in the above referenced matter. I write to respectfully request an adjournment of the sentencing hearing currently scheduled for June 11, 2021 for three weeks or to a date convenient to the court.

      This request is made to allow for the receipt of certain documents in preparation for the sentencing and to allow for a more thorough discussion with Ms. Jusino in preparation for the sentencing hearing. Ms. Jusino does not reside in the metropolitan area, so conferencing with her has been challenging and more time is needed to review certain materials. The Government consents to this adjournment request.

      Respectfully submitted,

      /s/ Donald duBoulay
      Donald duBoulay, Esq.
      305 Broadway, Suite 602
      New York, New York 10007
      (212) 966-3970

MEMO ENDORSED

The sentencing of Defendant Natalie Jusino, currently scheduled for June 11, is adjourned to **July 13, 2021 at 12:00 p.m.** Defendant's submissions are due by **June 22, 2021**. In her submissions, Defendant will state whether she has received a COVID-19 vaccine. If Defendant has not been vaccinated by June 22, 2021, Defendant will explain why she has not been vaccinated, and when she expects to be fully vaccinated. The Government's submission is due by **June 29, 2021**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Monday, May 19, 2021