UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-                                           **ORDER**

NATALIE JUSINO,                                     17 Cr. 251 (PGG)

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Natalie Jusino, currently scheduled for July 13,

2021, is adjourned to **July 20, 2021 at 12:00 p.m.**  With Defendant's consent, the sentencing

will take place by telephone.[1]  Any submissions on behalf of the Defendant are due **June 29,**

**2021**, and any submission by the Government is due on **July 6, 2021**.

Dated:  New York, New York
        June 23, 2021

                                SO ORDERED.

                                _Paul S. Gardephe_

                                Paul G. Gardephe
                                United States District Judge

---

[1]  The parties are directed to dial 888-363-4749 to participate, and to enter the access code
6212642.  The press and public may obtain access to the telephone conference by dialing the
same number and using the same access code.