UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -against- <br><br> NATALIE JUSINO, <br><br> Defendant. | **ORDER** <br><br> 17 Cr. 251 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on September 28, 2018;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       July 19, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge