UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NATALIE JUSINO,

Defendant.

**ORDER**

17 Cr. 251 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The documents lodged at Dkt. No. 180 will be unsealed and referenced in docket entries.

Dated: New York, New York
July 26, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge